UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CORNELL JOUBERT**                                          **CASE NO. 2:22-CV-01620**

**VERSUS**                                                               **JUDGE JAMES D. CAIN, JR.**

**STATE FARM INSURANCE CO**                       **MAGISTRATE JUDGE KAY**

## JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge, recommending that the complaint be stricken and the matter be dismissed as a sanction under Rule 11 based on the failure of plaintiff's counsel to sign the complaint. After the Report and Recommendation was issued, plaintiff's counsel filed a "Corrective Document" containing a signed version of the complaint. Accordingly, **IT IS ORDERED** that the Report and Recommendation be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 5th day of June, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**